UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAWN DWIGHT RUTHERFORD,<br><br>    Defendant. | Case No. 94-cr-40014-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on defendant Shawn Dwight Rutherford's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c) (Doc. 31). The Court has reviewed the motion and has determined that it seeks to vacate, set aside or correct Rutherford's sentence. "Any motion filed in the district court that imposed the sentence, and substantively within the scope of §2255 ¶1, *is* a motion under [28 U.S.C.] §2255, no matter what title the prisoner plasters on the cover." *Melton v. United States*, 359 F.3d 855, 857 (7th Cir. 2004). Thus, Rutherford's motion must be construed as a motion pursuant to § 2255.

This is not Rutherford's first § 2255 motion. He filed a § 2255 motion in case number 01-cv-4176-JPG on June 25, 2001, and the Court denied it on August 30, 2002. As the Court has already told Rutherford in a prior order, in order for the Court to consider a successive petition, the Seventh Circuit Court of Appeals must certify the successive petition pursuant to 28 U.S.C. § 2255, ¶ 8. *Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996). It has not done so in Rutherford's case. Therefore, the Court does not have jurisdiction to entertain the pending § 2255 motion. Accordingly, the Court hereby **DISMISSES** the motion (Doc. 31) **for lack of jurisdiction**.

**IT IS SO ORDERED.**
**DATED: May 10, 2005**

           s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**